**EXHIBIT A**
**BANK ACCOUNTS**

**JPMorgan Chase**
**270 Park Avenue, 4th Floor**
**New York, NY 10017**

| Account Name | Account Type | Nature of Account | Account Number |
|---|---|---|---|
| Mark IV Industries, Inc. | Checking | Concentration | 387-0-00012 |
| Mark IV Industries, Inc. | Checking | Controlled Disbursement | 6301-408393-509 |
| Mark IV Industries Health Benefits | Checking | Controlled Disbursement | 6301-424473-509 |
| Dayco Products, L.L.C. – Automotive OEM | Checking | Controlled Disbursement | 6301-456699-509 |
| Mark IV Industries, Inc. | Checking | Controlled Disbursement | 6301-427849-509 |
| Mark IV Industries, Inc. | Checking | Disbursement | 475041852 |
| Mark IV Industries, Inc. | Checking | Disbursement | 304629219 |

**Bank of America**
**Mailcode: IL4-540-16-05**
**540 W. Madison**
**Chicago, IL 60661**

| Account Name | Account Type | Nature of Account | Account Number |
|---|---|---|---|
| Mark IV Industries, Inc. | Checking | Deposit, Lockbox | 81888-01193 |
| Mark IV Industries, Inc. – NRD | Checking | Deposit, Lockbox | 94175-55897 |
| Mark IV Industries, Inc. – Automotive OEM | Checking | Deposit, Lockbox | 94175-55918 |
| Mark IV Industries, Inc. – Dayco Aftermarket | Checking | Deposit, Lockbox | 94276-60404 |

### HSBC Bank USA, N.A.
### One HSBC Center
### Buffalo, NY 14203

| Account Name | Account Type | Nature of Account | Account Number |
|---|---|---|---|
| Mark IV Industries, Inc. | Checking | Deposit, Lockbox | 752-73943-3 |
| NRD, Inc. | Checking | Disbursement | 806-71500-6 |

### HSBC Securities (USA) Inc.
### One HSBC Center, 23rd Floor
### Buffalo, NY 14203

| Account Name | Account Type | Nature of Account | Account Number |
|---|---|---|---|
| Mark IV Industries, Inc. | Investment | Investment | HMB-326100 |

### M&T Bank
### One Fountain Plaza
### Buffalo, NY 14203

| Account Name | Account Type | Nature of Account | Account Number |
|---|---|---|---|
| Mark IV Industries, Inc. | Checking | Disbursement | 14054977 |

### Wachovia Bank
### CCSS Team 699 FL0117
### P.O. Box 44249
### Jacksonville, FL 33231-4249

| Account Name | Account Type | Nature of Account | Account Number |
|---|---|---|---|
| Dayco Products, L.L.C. | Checking | Deposit | 2090001413714 |

**Huntington National Bank**
**Commercial Banking CM37**
**917 Euclid Avenue**
**Cleveland, OH 44115**

| Account Name | Account Type | Nature of Account | Account Number |
|---|---|---|---|
| The Commercial Traffic Custodial Account for Mark IV | Checking | Disbursement | 1661733715 |

**First Citizens Bank**
**108 W. Main Street**
**Williston, SC 29853**

| Account Name | Account Type | Nature of Account | Account Number |
|---|---|---|---|
| Dayco Corp. – Working Fund | Checking | Disbursement | 766510066001 |

**South Carolina Bank & Trust**
**P.O. Box 1287**
**Orangeburg, SC 29116**

| Account Name | Account Type | Nature of Account | Account Number |
|---|---|---|---|
| Dayco Products Inc. | Checking | Disbursement | 890003700 |

**First Security Bank**
**314 North Spring**
**Searcy, AR 72143**

| Account Name | Account Type | Nature of Account | Account Number |
|---|---|---|---|
| Dayco Products Inc. | Checking | Disbursement | 0008901101 |

**JPMorgan Chase Bank**
**1 Chase Manhattan Plaza, 19th Floor**
**New York, NY 10005-1401**

| Account Name | Account Type | Nature of Account | Account Number |
|---|---|---|---|
| Mark IV Industries, Inc. | | DB Pension Plan | P65942; P65944; P65945; P65946; P65947 |