## EXHIBIT B
## FLOWCHART

# MARK IV INDUSTRIES, INC.
## U.S. CASH COLLECTION & DISBURSEMENT
### FY 2009



U:\Data\Treasury Management\Mark IV Cash Collect-Disb FY 20.vsd

4/27/2009