**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re : Chapter 11
:
MARK IV INDUSTRIES, INC., et al., : Case No. 09-12795 (SMB)
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER EXTENDING THE DEBTORS' EXCLUSIVE PERIODS WITHIN WHICH TO FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION

Upon the motion (the "Motion") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors")[1] pursuant to section 1121 of title 11 of the United States Code (the "Bankruptcy Code"), for entry of an order (the "Order") extending the Debtors' exclusive periods within which to file and solicit acceptances of a plan of reorganization; and the relief requested being in the best interest of the Debtors and their estates and creditors and other parties in interest; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at the hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors (along with the last four digits of each of their federal taxpayer identification numbers) are: Aerospace Sub, Inc. (7835); Armtek International Holding Company, Inc. (3145); Automatic Signal/Eagle Signal Corp. (0078); Dayco Products, LLC (8206); F-P Displays, Inc. (3765); F-P Technologies Holding Corp. (5274); Former Fuel Systems, Inc. (6178); Luminator Holding L.P. (8463); Luminator Service Inc. (3077); Mark IV Holdings, LLC (9139); Mark IV Industries, Inc. (3979); Mark IV Invesco, LLC (0896); Mark IV IVHS Holding Corp. (1674); Mark IV Pay Agent, Inc. (6834); Mark IV Transportation Technologies Holding Corp. (1626); NRD, LLC (8658); Seebreeze Wireless Holdings, L.P. (4388); and Woods Liquidating Corp. (3977).

**ORDERED, ADJUDGED AND DECREED THAT**:

1. The exclusive period pursuant to section 1121(b) of the Bankruptcy Code by which the Debtors may filed a plan of reorganization is extended to and including November 26, 2009.

2. The exclusive period pursuant to section 1121(d) of the Bankruptcy Code by which the Debtors may solicit and obtain acceptances of a plan or reorganization is extended to and including January 25, 2010.

3. Entry of this Order is without prejudice to (i) the Debtors' right to seek from this Court such additional and further extensions of the Exclusive Periods as may be necessary or appropriate or (ii) any party in interest's right to seek to reduce the Exclusive Periods for cause in accordance with 11 U.S.C. § 1121(d).

4. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

Dated: New York, New York
   August 11, 2009

                /s/ STUART M. BERNSTEIN
                UNITED STATES BANKRUPTCY JUDGE