**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
In re                                     :            Chapter 11
                                          :
MARK IV INDUSTRIES, INC., <u>et</u> <u>al.</u>,      :            Case No. 09-12795 (SMB)
                                          :
                        Debtors.          :            (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER APPROVING THE (I) IMPLEMENTATION OF THE
## KEY EMPLOYEE INCENTIVE PLAN AND (II) CONTINUATION
## <u>OF THE ANNUAL INCENTIVE COMPENSATION PLAN</u>

Upon the motion (the "<u>Motion</u>")[1] of the above-captioned debtors and debtors-in-

possession (collectively, the "<u>Debtors</u>")[2] for an order approving the (a) implementation of the

Debtors' proposed key employee incentive compensation plan and (b) continuation of the

Debtors' fiscal year 2010 incentive compensation plan; and due and proper notice of the Motion

having been provided; and it appearing that no further notice need be provided; and the relief

requested being in the best interest of the Debtors and their estates and creditors; and the Court

having reviewed the Motion and the Debtors' omnibus reply [Docket No. 411] to the objections

thereto (the "<u>Reply</u>"); and the Court having heard the statements in support of the relief

requested in the Motion at the hearing before the Court (the "<u>Hearing</u>"); and the Court having

---

[1]   Capitalized terms used herein but not defined herein shall have the meaning ascribed to such terms in
      the Motion.

[2]   The Debtors (along with the last four digits of each of their federal taxpayer identification numbers)
      are: Aerospace Sub, Inc. (7835); Armtek International Holding Company, Inc. (3145); Automatic
      Signal/Eagle Signal Corp. (0078); Dayco Products, LLC (8206); F-P Displays, Inc. (3765); F-P
      Technologies Holding Corp. (5274); Former Fuel Systems, Inc. (6178); Luminator Holding L.P.
      (8463); Luminator Service Inc. (3077); Mark IV Holdings, LLC (9139); Mark IV Industries, Inc.
      (3979); Mark IV Invesco, LLC (0896); Mark IV IVHS Holding Corp. (1674); Mark IV Pay Agent,
      Inc. (6834); Mark IV Transportation Technologies Holding Corp. (1626); NRD, LLC (8658);
      Seebreeze Wireless Holdings, L.P. (4388); and Woods Liquidating Corp. (3977).

reviewed the declaration of Douglas J. Friske [Docket No. 410] and the declaration of David

Orlofsky [Docket No. 409] each filed in support of the Motion; and the Court having determined

that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for

the relief granted herein; and upon all of the proceedings had before the Court and after due

deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Debtors are authorized to take all necessary actions to implement the

KEIP, but only with respect to the Key Employees described in paragraph 12(f) of the Motion,

on the terms and conditions set forth in the Motion (as modified by this Order).

2.      The Debtors are authorized to take all necessary actions to continue the

AICP for all AICP Participants (other than the Key Employees described in paragraphs 12(a)

through 12(e) of the Motion) on the terms and conditions set forth in the Motion (as modified by

this Order).

3.      The claim to payment to which each Key Employee and AICP Participant

authorized by this Order to participate in the KEIP and/or AICP is entitled shall be accorded

administrative expense status and priority under sections 503(b)(1)(A) and 507(a)(2) of the

Bankruptcy Code.    **SMB 8/24/09**

4.      Nothing herein shall prejudice the rights of the Key Employees described

in paragraphs 12(a) to 12(e) of the Motion to participate in the KEIP and/or AICP if permitted

upon further order of this Court.

5.      The Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

Dated: New York, New York
      August 24, 2009

               **/s/  STUART M. BERNSTEIN**
                UNITED STATES BANKRUPTCY JUDGE

683172-Chicago Server 1A - MSW